**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                               **DATE:** March 28, 2018
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**                               **DOCKET # 2:17-cr-546 (KM)**
UNITED STATES OF AMERICA
         vs.
DARREL UNDERHILL

    **DEFT. PRESENT**

**APPEARANCES:**
Mark J. McCarren, AUSA for Government
Lisa Mack, AFPD for Defendant
Randi Martorano, Sr. U.S. Probation Officer

**Nature of Proceedings**:   SENTENCING on Count 1 of Information.

Court accepted the Rule 11(c)(1)(C) plea as final.
Imprisonment – 121 months
Supervised Release - 5 years with special conditions.
No restitution.
Fine: waived
Special Assessment - $100
JVTA fine: waived.
Forfeiture Order submitted to be filed.
Defendant advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshal pending designation by the Bureau of Prison.
Court recommends that the Bureau of Prisons designate a medical facility as near as possible to defendant's home address.

**Time Commenced:  10:00**
**Time Adjourned:    11:00**
**Total Time:  1 Hour**

                                                             _Nitza Creegan_
                                                          DEPUTY CLERK